UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SMITH, JOHN H                              §   Case No. 05-63841
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID P. LEIBOWITZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 219 S. Dearborn
 Chicago, IL 60604

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 06/24/2010 in Courtroom 682, United States Courthouse, Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL  60604 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/18/2010          By:  /s/DAVID P. LEIBOWITZ
                  Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216
(847) 249-9100
trustee@lakelaw.com

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SMITH, JOHN H | § | Case No. 05-63841 |
| | § | |
| | § | |
| Debtor(s) | § | |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,002.07 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 25,002.07 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID P. LEIBOWITZ | $ 3,250.21 | $ 500.70 |
| *Attorney for trustee* | Lakelaw | $ 14,447.00 | $ 1,554.16 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $34,833.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4P | Department of the Treasury-Internal Revenue Service | $ 34,833.82 | $ 5,000.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,100.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PREMIER BANKCARD | $ 433.80 | $ 0.00 |
| 2 | CAPITAL ONE AUTO FINANCE DEPARTMENT | $ 22,003.51 | $ 0.00 |
| 3 | TCF NATIONAL BANK | $ 663.01 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 5,047.09 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4U | Department of the Treasury-Internal Revenue Service | $ 5,047.09 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/DAVID P. LEIBOWITZ
Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216
(847) 249-9100
trustee@lakelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: froman                Page 1 of 1             Date Rcvd: May 19, 2010
Case: 05-63841                 Form ID: pdf006             Total Noticed: 31

The following entities were noticed by first class mail on May 21, 2010.
db           +John H Smith,    2121 W 72nd Street,    Chicago, IL 60636-3658
aty          +Carl B Boyd,    Starks & Boyd  P C,    11528 South Halsted Street,    Chicago, IL 60628-5218
aty          +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10504286     +ACMC Physician Services,    C/O Illinois Collection Service,    P O Box 646,
               Oak Lawn, IL 60454-0646
10616907      Advocate Christ Hospital,    22091 Network Place,    Chicago, IL 60673-1220
10616908     +Advocate Christ Hospital,    c/o Harris & Harris,    600 W Jackson Suite 400,
               Chicago, IL 60661-5675
10616909     +Buschbach Ins Agency,    c/o I C System Inc,    POB 64378,    St Paul, MN 55164-0378
10504287     +CVS Drugs,    C/O TRS Recovery Services, Inc.,    P O Box 60022,    City of Industry, CA 91716-0022
11680488     +Carson's Pirie SCott,    retail Service,    P O Box 17264,    Baltimore, MD 21297-1264
10616912      Chist Hospital & Medical,    c/o NCO Financial,    PO Box 13570,    Philadelphia, PA 19101
10504289     +Christ Family Practice Center,    C/O Collection Services,    P O Box 27901,
               West Allis, WI 53227-0901
10616911      Christ Hospital & Medical,    22091 Network Place,    Chicago, IL 60673-1220
10616913      City Of Chicago Dept of,    PO Box 6330,    Chicago, IL 60680-6330
10616915     +Enterprise Rent A Car,    7518 W 98th Place,    Bridgeview, IL 60455-2312
10616914      Enterprise Rent A Car,    State Farm Insurance Corp,    2702 Ireland Grove Road,    POB 2310,
               Blomington, IL 61702-2310
10504291     +First Premier Bank,    900 W. Delaware,    P O Box 5519,    Sioux Falls, SD 57117-5519
10504292    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10616916     +MCI Communications,    Consumer Markets,    3470 Rider Trail South,    Earth City , MO 63045-1109
11680489     +Macy's,    P O BOx 689195,    Des Moines, IA 50368-9195
10504293     +Orozco and Daughter,    13118 Western Avenue,    Blue Island, IL 60406-2409
10616917     +Park Danson,    PO Box 245,    Gastonia, NC 28053-0245
11680490     +Payday Loan Service,    154 N Wabash,    Chicago, IL 60601-3606
10504294     +Peoples Energy,    Attn: Bankruptcy Dept.,    Chicago, IL 60687-0001
10726509     +Premier Bankcard,    Premier/CSI-Dept SDPR,    PO Box 2208,    Vacaville, CA 95696-8208
11680491     +SAllie Mae Servicing,    P O box 9532,    Wilkes-Barre , PA 18773-9532
10616918     +Sprint PCS,    c/o West Asset Management,    PO Box 2348,    Sherman, TX 75091-2348
10616919     +TCF National Bank,    c/o Heller & Frisone,    33 N LaSalle St Suite,    Chicago, IL 60602-2603
10616920     +USA One National Credit U,    4749 Lincoln Mall,    Matteson, IL 60443-2348
The following entities were noticed by electronic transmission on May 19, 2010.
10504288     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 20 2010 02:10:21
               Capital One Auto Finance Department,    c/o Ascension Capital Group,    PO Box 201347,
               Arlington, TX 76006-1347
10504290     +E-mail/Text: legalcollections@comed.com                             Comed,    Bill Payment Center,
               Chicago, IL 60668-0001
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Chaya D Williams
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10616910*    +CVS Drugs,    c/o TRS Recovery Services,    POB 60022,    City of Industry, CA 91716-0022
                                                                                              TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2010**            **Signature:**   *Joseph Speetjens*