**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

In re:  § Case No. 05-63841-JBS
 §
JOHN H SMITH §
 §
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,775.00 | Assets Exempt: | $2,775.00 |
| Total Distributions to Claimants: | $5,002.55 | Claims Discharged Without Payment: | $85,382.76 |
| Total Expenses of Administration: | $20,002.07 | | |

3) Total gross receipts of $25,004.62 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,004.62 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $20,002.07 | $20,002.07 | $20,002.07 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $31,627.10 | $34,833.82 | $34,833.82 | $5,002.55 |
| General Unsecured Claims (from **Exhibit 7**) | $50,504.40 | $28,147.41 | $28,147.41 | $0.00 |
| **Total Disbursements** | $82,131.50 | $82,983.30 | $82,983.30 | $25,004.62 |

4). This case was originally filed under chapter 7 on 12/09/2005. The case was pending for 57 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2010       By:  /s/ David P. Leibowitz
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Adversary Leibowitz v. Himes | 1249-000 | $25,000.00 |
| Interest Earned | 1270-000 | $4.62 |
| **TOTAL GROSS RECEIPTS** | | $25,004.62 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Leibowitz Law Center, Trustee | 2100-000 | NA | $3,250.21 | $3,250.21 | $3,250.21 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $500.70 | $500.70 | $500.70 |
| Clerk of Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $14,447.00 | $14,447.00 | $14,447.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $1,554.16 | $1,554.16 | $1,554.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $20,002.07 | $20,002.07 | $20,002.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department of the Treasury-Internal Revenue Service | 5800-000 | $31,627.10 | $34,833.82 | $34,833.82 | $5,002.55 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $31,627.10 | $34,833.82 | $34,833.82 | $5,002.55 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACMC Physician Services | 7100-000 | $86.29 | NA | NA | $0.00 |
| Capital One Auto Finance | 7100-000 | $15,000.00 | NA | NA | $0.00 |
| CAPITAL ONE AUTO FINANCE DEPARTMENT | 7100-000 | $22,003.51 | $22,003.51 | $22,003.51 | $0.00 |
| Christ Family Practice Ce | 7100-000 | $81.10 | NA | NA | $0.00 |
| Comed | 7100-000 | $2,835.91 | NA | NA | $0.00 |
| CVS Drugs | 7100-000 | $25.00 | NA | NA | $0.00 |
| First Premier Bank | 7100-000 | $380.66 | NA | NA | $0.00 |
| Orozco and Daughter | 7100-000 | $610.00 | NA | NA | $0.00 |
| Peoples Energy | 7100-000 | $500.00 | NA | NA | $0.00 |
| Peoples Energy | 7100-000 | $7,885.12 | NA | NA | $0.00 |
| PREMIER BANKCARD | 7100-000 | $433.80 | $433.80 | $433.80 | $0.00 |
| TCF NATIONAL BANK | 7100-000 | $663.01 | $663.01 | $663.01 | $0.00 |
| Department of the Treasury-Internal Revenue Service | 7200-000 | NA | $5,047.09 | $5,047.09 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $50,504.40 | $28,147.41 | $28,147.41 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Page No: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 05-63841-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SMITH, JOHN H | | Date Filed (f) or Converted (c): | 12/09/2005 (f) |
| For the Period Ending: | 9/10/2010 | | §341(a) Meeting Date: | 02/22/2006 |
| | | | Claims Bar Date: | 06/09/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  CASH ON HAND | $50.00 | $0.00 | DA | $0.00 | FA |
| 2  BANK ACCOUNTS | $125.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  CHECKING A/C ($100.00) AND SAVINGS A/C AT USA ONE CREDIT UNION | | | | | |
| 3  HOUSEHOLD GOODS AND FURNISHINGS | $1,600.00 | $0.00 | DA | $0.00 | FA |
| 4  WEARING APPAREL | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5  Adversary Leibowitz v. Himes  (u) | $0.00 | $25,000.00 | | $25,000.00 | FA |
| **Asset Notes:**  Leibowitz v. Himes et al. 07 A 801. Recover money or property. Relief requested 50k plus attny costs | | | | | |
| INT  Interest Earned  (u) | Unknown | Unknown | | $4.62 | FA |

**TOTALS (Excluding unknown value)**                                                            **Gross Value of Remaining Assets**
$2,775.00    $25,000.00                                       $25,004.62           $0.00

**Major Activities affecting case closing:**

    Litigation pending 01/29/09

    Automatic stay enforced.

    07-00801 Leibowitz v. Himes et al., Settled

    Settled litigation for $25,000 - ready for TFR 01/12/10

**Initial Projected Date Of Final Report (TFR):**    03/07/2007
**Current Projected Date Of Final Report (TFR):**    05/18/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 05-63841-JBS | |
| **Case Name:** | SMITH, JOHN H | |
| **Primary Taxpayer ID #:** | ******6233 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/9/2005 | |
| **For Period Ending:** | 9/10/2010 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Money Market Acct #:** | ******4165 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********4165 | 9999-000 | $25,000.88 | | $25,000.88 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.19 | | $25,002.07 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.49 | | $25,003.56 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $1.06 | | $25,004.62 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $25,004.62 | $0.00 |
| | | | **TOTALS:** | | $25,004.62 | $25,004.62 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $25,000.88 | $25,004.62 | |
| | | | **Subtotal** | | $3.74 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3.74 | $0.00 | |

| **For the period of 12/9/2005 to 9/10/2010** | | **For the entire history of the account between 04/06/2010 to 9/10/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $3.74 | Total Compensable Receipts: | $3.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3.74 | Total Comp/Non Comp Receipts: | $3.74 |
| Total Internal/Transfer Receipts: | $25,000.88 | Total Internal/Transfer Receipts: | $25,000.88 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $25,004.62 | Total Internal/Transfer Disbursements: | $25,004.62 |

Case 05-63841    Doc 100    Filed 10/28/10    Entered 10/28/10 13:01:10    Desc Main
Document      Page 7 of 10
Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 05-63841-JBS | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | SMITH, JOHN H | | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******6233 | | | **Money Market Acct #:** | ******4165 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 12/9/2005 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/10/2010 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/09/2010 | (5) | Chicago Title Insurance Company | | 1249-000 | $25,000.00 | | $25,000.00 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.71 | | $25,000.71 |
| 04/06/2010 | | Wire out to BNYM account ********4165 | Wire out to BNYM account ********4165 | 9999-000 | ($25,000.88) | | ($0.17) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.17 | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($25,000.88) | $0.00 | |
| | | | **Subtotal** | | $25,000.88 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $25,000.88 | $0.00 | |

| **For the period of 12/9/2005 to 9/10/2010** | | **For the entire history of the account between 01/18/2010 to 9/10/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $25,000.88 | Total Compensable Receipts: | $25,000.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.88 | Total Comp/Non Comp Receipts: | $25,000.88 |
| Total Internal/Transfer Receipts: | ($25,000.88) | Total Internal/Transfer Receipts: | ($25,000.88) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| **Case No.** | 05-63841-JBS | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | SMITH, JOHN H | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******6233 | | **Checking Acct #:** | ******3841 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 12/9/2005 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/10/2010 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/30/2010 | | Transfer From: #******3841 | | 9999-000 | $25,004.79 | | $25,004.79 |
| 06/30/2010 | 12000 | Clerk of Court | Claim #: 0; Amount Claimed: 250.00; Amount Allowed: 250.00; | 2700-000 | | $250.00 | $24,754.79 |
| 06/30/2010 | 12001 | Leibowitz Law Center | Trustee Compensation | 2100-000 | | $3,250.21 | $21,504.58 |
| 06/30/2010 | 12002 | Lakelaw | Claim #: 0; Amount Claimed: 14,447.00; Amount Allowed: 14,447.00; | 3110-000 | | $14,447.00 | $7,057.58 |
| 06/30/2010 | 12003 | Lakelaw | Claim #: 0; Amount Claimed: 1,554.16; Amount Allowed: 1,554.16; | 3120-000 | | $1,554.16 | $5,503.42 |
| 06/30/2010 | 12004 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $500.70 | $5,002.72 |
| 06/30/2010 | 12005 | Department of the Treasury-Internal Revenue | Claim #: 4; Amount Claimed: 34,833.82; Amount Allowed: 34,833.82; | 5800-000 | | $5,002.55 | $0.17 |
| 07/18/2010 | | Transfer To Acct#******3841 | Transfer to Money Market to reverse interest paid after making distribution | 9999-000 | | $0.17 | $0.00 |
| | | | **TOTALS:** | | $25,004.79 | $25,004.79 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $25,004.79 | $0.17 | |
| | | | **Subtotal** | | $0.00 | $25,004.62 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $25,004.62 | |

| **For the period of 12/9/2005 to 9/10/2010** | | **For the entire history of the account between 06/30/2010 to 9/10/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $25,004.79 | Total Internal/Transfer Receipts: | $25,004.79 |
| | | | |
| Total Compensable Disbursements: | $25,004.62 | Total Compensable Disbursements: | $25,004.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,004.62 | Total Comp/Non Comp Disbursements: | $25,004.62 |
| Total Internal/Transfer Disbursements: | $0.17 | Total Internal/Transfer Disbursements: | $0.17 |

Page No: 4
Case 05-63841   Doc 100   Filed 10/28/10   Entered 10/28/10 13:01:10   Desc Main
Document      Page 9 of 10
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| **Case No.** | 05-63841-JBS | | | **Trustee Name:** | | David Leibowitz |
|---|---|---|---|---|---|---|
| **Case Name:** | SMITH, JOHN H | | | **Bank Name:** | | Sterling Bank |
| **Primary Taxpayer ID #:** | ******6233 | | | **Money Market Acct #:** | | ******3841 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | MMA |
| **For Period Beginning:** | 12/9/2005 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 9/10/2010 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $25,004.62 | | $25,004.62 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Paid at Closing | 1270-000 | $0.17 | | $25,004.79 |
| 06/30/2010 | | Transfer To: #******3841 | | 9999-000 | | $25,004.79 | $0.00 |
| 07/18/2010 | | Transfer From Acct#******3841 | Transfer to Money Market to reverse interest paid after making distribution | 9999-000 | $0.17 | | $0.17 |
| 07/18/2010 | | DEP REVERSE: Sterling Bank | Reverse Interest paid after final distribution | 1270-000 | ($0.17) | | $0.00 |
| | | | **TOTALS:** | | $25,004.79 | $25,004.79 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $25,004.79 | $25,004.79 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of  12/9/2005 to 9/10/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $25,004.79 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $25,004.79 |

**For the entire history of the account between 06/25/2010 to 9/10/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $25,004.79 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $25,004.79 |

**FORM 2**

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 05-63841-JBS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SMITH, JOHN H | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******6233 | **Money Market Acct #:** | ******3841 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | MMA |
| **For Period Beginning:** | 12/9/2005 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/10/2010 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $25,004.62 | $25,004.62 | $0.00 |

**For the period of 12/9/2005 to 9/10/2010**

| | |
|---|---|
| Total Compensable Receipts: | $25,004.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,004.62 |
| Total Internal/Transfer Receipts: | $50,009.58 |
| | |
| Total Compensable Disbursements: | $25,004.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,004.62 |
| Total Internal/Transfer Disbursements: | $50,009.58 |

**For the entire history of the case between 12/09/2005 to 9/10/2010**

| | |
|---|---|
| Total Compensable Receipts: | $25,004.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,004.62 |
| Total Internal/Transfer Receipts: | $50,009.58 |
| | |
| Total Compensable Disbursements: | $25,004.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,004.62 |
| Total Internal/Transfer Disbursements: | $50,009.58 |