UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: **JACK B. SCHMETTERER**

Hearing Date: **DECEMBER 28, 2010**

Bankruptcy Case No.: 05 B 63841

Adversary No.:

Title of Case: JOHN H. SMITH

Brief Statement of Motion: On Order of Court

Names and Addresses of moving counsel:

Representing:

## ORDER

**IT IS HEREBY ORDERED that the:**

Hearing on Trustee's Final Report and Account set for February 24, 2011 is concluded.

ENTER:

/s/ Jack Schmetterer
United States Bankruptcy Judge